E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2499 GHK (JTLx) | Date | September 22, 2008 |
|---|---|---|---|
| Title | *Wyomina Bell   v.   The United States of America* | | |

**Presiding: The Honorable**  GEORGE H. KING, U. S. DISTRICT JUDGE

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

NONE                                                                   NONE

**Proceedings:**      **ORDER TO SHOW CAUSE**

      The court notes that plaintiff has not filed proofs of service of the Summons and Complaint in the above-captioned matter.  Pursuant to F.R.Civ.P. 4(m), plaintiff has 120 days from the date the complaint was filed in which to effect service.  That period of time has now expired.

      Plaintiff is ORDERED TO SHOW CAUSE in writing WITHIN TWELVE DAYS hereof, why this action should not be dismissed for failure to serve and failure to diligently prosecute pursuant to Local Rule 41-1 of this Court.  Failure of plaintiff to timely and adequately respond as required herein, will be deemed plaintiff's abandonment of the above action.  In that event the above action will be dismissed for failure to diligently prosecute and for failure to comply with the Court's order.

      **IT IS SO ORDERED.**

|  | 0 : 00 |
|---|---|
| Initials of Preparer | Bea |